**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

RANDOLPH JACK SOLO,

Plaintiff,

v.

KROGER CO.,

Defendant.

CIVIL ACTION NO. 3:25-0715
(Consolidated Case No. 3:26-398)

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's Motion to Dismiss (ECF No. 13) be granted; that Civil Action Nos. 3:25-cv-0715 and 3:26-cv-0398 be dismissed without prejudice; and both actions be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Plaintiff's Motion to Dismiss (ECF No. 13) be **GRANTED**; that Civil Action Nos. 3:25-cv-0715 and 3:26-cv-0398 be **DISMISSED without prejudice**; and both actions be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: September 17, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE